# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Heriberto Sanchez | ) | Chapter 13 |
| | ) | Case No. 19 B 35119 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

## Notice of Motion

Heriberto Sanchez  
3106 N Kostner  
Chicago, IL  60641

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On February 26, 2020 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, February 8, 2020.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 12/13/2019.

2. The debtor has failed to amend schedule I to correctly list his household income.

3. The debtor has failed to amend schedule J to correctly list his household expenses.

4. The debtor has failed to provide proof of his domestic support obligations.

5. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL  60604  
(312) 431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE